UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

LUIS GARCIA LORA

                                 Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 CR ( ) ( )

Defendant LUIS GARCIA LORA hereby voluntarily consents to participate in the following proceeding via  _X_ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
LUIS GARCIA LORA
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature
TELESFORO DEL VALLE JR., ESQ.

This proceeding was conducted by reliable video or telephone conferencing technology.

2/17/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
Judith C. McCarthy