# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  June 17, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

            Plaintiff          **SCHEDULING ORDER**

    -against-

                                    7:21-cr-00066-KMK-2

Luis Garcia-Lora
            Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 6/22/2021 at 2:30 pm before Magistrate Judge Paul E. Davison on the Microsoft Teams platform. To access the conference, counsel will be provided with a Teams video link, and should also call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  6/17/2021
       White Plains, New York

                                                 SO ORDERED:

                                                 s/        PED

                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge