# *Del Valle & Associates*

Attorneys at Law<br>
445 Park Avenue<br>
New York, New York 10022<br>
(212)481-1900

Telesforo Del Valle, Jr.                                                                          Email: tdvesq@aol.com

Michael J. Sluka                                                                                    Fax. (212)481-4853
Lawrence D. Minasian

———                                                                                                                      ———

Lucas E. Andino                                                                                                Leticia Silva
William Cerbone                                                                                         Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
     of counsel

October 14, 2021

The Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
-Via ECF-

                                   Re:     <u>USA v. Luis Gracia-Lora</u>,
                                                   21 Crim. 066 (KMK)

Dear Judge Karas,

     Our office represents Mr. Luis Garcia-Lora, whose Sentencing Hearing is scheduled for October 19, 2021.

     We respectfully request a 60-Day adjournment of the Sentencing Hearing, or any date thereafter convenient to this Honorable Court. There are sentencing issues for which defense counsel is awaiting information. We believe this information will be helpful to the Court in arriving at a fair and just Sentence. This is the first request for an adjournment.

     The Government, by way of A.U.S.A. Derek Wikstrom, consents to this request.

     Thank you for your consideration.

                                                        Respectfully submitted,

                                                        *<u>S/Telesforo Del Valle Jr.</u>*
                                                        Telesforo Del Valle Jr., Esq.

Cc. A.U.S.A. Derek Wikstrom, Esq.