# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

**MEMO ENDORSED**

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
  of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

October 14, 2021

The Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
-Via ECF-

Re: USA v. Luis Gracia-Lora,
21 Crim. 066 (KMK)

Dear Judge Karas,

Our office represents Mr. Luis Garcia-Lora, whose Sentencing Hearing is scheduled for October 19, 2021.

We respectfully request a 60-Day adjournment of the Sentencing Hearing, or any date thereafter convenient to this Honorable Court. There are sentencing issues for which defense counsel is awaiting information. We believe this information will be helpful to the Court in arriving at a fair and just Sentence. This is the first request for an adjournment.

The Government, by way of A.U.S.A. Derek Wikstrom, consents to this request.

Thank you for your consideration.

Respectfully submitted,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.

Cc. A.U.S.A. Derek Wikstrom, Esq.

Granted. The Court will hold the sentence on January 14, 2022 at 10:00 AM.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/18/2021